Sandra K. OMAR and Ahmed S. Omar,
As next friend of Shawqi Ahmad
Omar, Appellees

v.

Pete GEREN, Secretary of the United
States Army, et al., Appellants.

No. 06–5126.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 2, 2008.

Susan L. Burke, Heather Lee Allred, Burke Pyle LLC, Philadelphia, PA, Jonathan Lewis Hafetz, New York University School of Law, New York, NY, Joe Margulies, Northwestern University School of Law, Chicago, IL, for Appellees.

Douglas N. Letter, Litigation Counsel, Steve Frank, Attorney, Gregory George Garre, Deputy Solicitor, Gregory George Katsas, Peter Douglas Keisler, Jonathan Heuer Levy, Esq., U.S. Department of Justice (Doj) Office of the Attorney General, David B. Salmons, Attorney, U.S. Department of Justice, Office of the Solicitor General, Kenneth L. Wainstein, The White House, Washington, DC, for Appellants.

BEFORE: TATEL and BROWN, Circuit Judges, and EDWARDS, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

It is **ORDERED** on the court's own motion that in light of the Supreme Court's decision in *Munaf v. Geren*, —— U.S. ——, 128 S.Ct. 2207, 171 L.Ed.2d 1 (2008), vacating this court's judgment filed February 9, 2007, this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The Clerk is directed to issue the mandate forthwith.